1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   IKEY PORTER CURRY,            )   NO. CV 14-2907-JLS (AS)
                                    )
12                  Petitioner,     )
                                    )   **ORDER ACCEPTING FINDINGS,**
13            v.                    )
                                    )   **CONCLUSIONS AND RECOMMENDATIONS**
14   DANIEL PARAMO, Warden,         )
                                    )   **OF UNITED STATES MAGISTRATE JUDGE**
15                  Respondent.     )
                                    )
16   _____)

17

18

19        Pursuant to 28 U.S.C. section 636, the Court has reviewed the

20   Petition, all of the records herein and the attached Report and

21   Recommendation of United States Magistrate Judge.  The time for

22   filing Objections to the Report and Recommendation has passed and

23   no Objections have been received.  Accordingly, the Court accepts

24   the findings, conclusions and  recommendations of the Magistrate

25   Judge.[1]

26

27        [1] The Court notes the following citation for the  California
     Court  of  Appeal's  Order  affirming  Petitioner's  conviction  and
28   sentence:  People v. Curry,  2012 WL 2508023 (June 29, 2012).

1    IT IS ORDERED that Judgment be entered denying and dismissing

2 the Petition without prejudice.

3

4    IT IS FURTHER ORDERED that the Clerk serve copies of this

5 Order, the Magistrate Judge's Report and Recommendation and the

6 Judgment herein on counsel for Petitioner and counsel for

7 Respondent.

8

9    LET JUDGMENT BE ENTERED ACCORDINGLY.

10

11    DATED: June 30, 2014.

12

13

14    _____

          JOSEPHINE L. STATON
15        UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28                              2