**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IKEY PORTER CURRY, | ) | NO. CV 14-2907-JLS (AS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DANIEL PARAMO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: June 30, 2014.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE